# Order

Michigan Supreme Court
Lansing, Michigan

November 30, 2016

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

152837 & (19)

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

                                SC: 152837
                                COA: 328993

JERMAINE DUWAN HUNTER,
     Defendant-Appellant.
                                Wayne CC: 94-008988-FC

_____/

      On order of the Court, the application for leave to appeal the October 2, 2015 order of the Court of Appeals is considered, and it is DENIED, because the defendant's motion for relief from judgment is prohibited by MCR 6.502(G). The motion to remand is DENIED.





I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 30, 2016

a1121

Clerk